MICHAEL SCOLAVINO, an Infant, by ANTHONY SCOLAVINO, His Guardian ad Litem, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 27647.)

Argued April 15, 1947; decided May 22, 1947.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison* and *Wendell P. Brown* of counsel), for appellant.
*Milton M. Leichter* and *Julius Wolfson* for respondent.

Judgment affirmed, with costs; no opinion. [See *Flaherty* v. *State of New York,* 296 N. Y. 342, decided herewith.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.